Michelle Lindberg
86-408 Puhawai Rd.
Wai`anae, HI 96792
(808) 726-6232
lindbergmichelle22@gmail.com

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2023

at 12 o'clock and 15 min. P M
CLERK, U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

MICHELLE LINDBERG,
WALTON ENTERPRISES,
BARAK HUSSEIN OBAMA(FORMER
PRESIDENT OF THE UNITED STATES),
MANNY REISHEN

PLAINTIFFS,

vs.

GEORGE W. BUSH, FORMER PRESIDENT,
DONALD J. TRUMP, FORMER PRESIDENT,
FEDERAL RESERVE SYSTEM,
JOHN DOE (A JAPANESE MAN KNOWN AS
THE "GUY BEHIND THE SCENE"),

DEFENDANTS.

Civil No. CV23 00125DKW RT

42 U.S.C. §1983 CIVIL RIGHTS
ACTION COMPLAINT:
SUMMONS;

42 U.S.C. §1983 CIVIL RIGHTS ACTION COMPLAINT

COMES NOW, Michelle Lindberg("Plaintiff"), proceeding Pro Se, along

with Walton Enterprises (Owners of Walmart and Sam's Club), as well as

Former President of the United States Barak Hussein Obama and Manny

Reishen, and hereby files this 42 U.S.C. §1983 Civil Rights Action Complaint,

against two former Presidents of the United States: George W. Bush and

Donald J. Trump, the Federal Reserve System, as well as John Doe (a

1

JAPANESE MAN KNOWN AS THE "The man behind the scene"), who have engaged in a major conspiracy to target the Plaintiff and her co-Plaintiffs, with plots of assassination attempts and harassment of the Plaintiff, by using unauthorized wire tapping of her phone and unauthorized spying upon the Plaintiff.

## JURISDICTION

This Court has Jurisdiction to hear this matter pursuant to 28 U.S.C. §1332, due to there being a complete Diversity of Citizenship of the Parties and that the amount Plaintiff is suing the Defendants for exceeds Seventy-Five Thousand ($75,000.00) dollars.

## PARTIES

1. Plaintiff is and was, at all times herein relevant a resident of the State of Hawaii.

2. Defendant George W. Bush is, and was at all times herein relevant, a resident of the State of Texas.

3. Defendant Donald J. Trump is, and was at all times herein relevant, a resident of Mar-A-Lago, Florida.

4. Defendant Federal Reserve System is an entity authorized to conduct financial business in the United States of America.

5. Defendant John Doe (a.k.a. "The Man Behind the Scene") is, and was at all times herein relevant, a resident of the Honolulu, Hawaii, and able to cross world borders in secrecy.

## STATEMENT OF FACTS RELATIVE TO PLAINTIFF LINDBERG

In 2012, at the time that Plaintiff Obama was President, Defendants Bush, Trump, and John Doe conspired to assassinate Plaintiff Obama while Plaintiff Obama was overseas.

Plaintiff Lindberg learned of the conspiracy assassination against Plaintiff Obama and immediately called Plaintiff Reishen to warn him of the assassination conspiracy against Plaintiff Obama.

Plaintiff Reishen intervened in the conspiracy to assassinate Plaintiff Obama and successfully thwarted the assassination conspiracy.

In 2014, Defendant John Doe (the Japanese guy a.k.a. "The Man behind the Scenes") sent a Filipino man, who watched the Plaintiff from the trees to attempted to assassinate the Plaintiff at the Plaintiff's farm land.

The assassination attempt failed because there was a vehicle parked in front of the farm, that created witnesses, causing the Filipino man to give up on his assassination attempt.

In 2015, while Plaintiff Obama was in Germany, Defendants Bush, Trump, and John Doe conspired to assassinate Plaintiff Obama while Plaintiff Obama was overseas.

Plaintiff Lindberg learned of the conspiracy assassination against Plaintiff Obama and immediately called Plaintiff Reishen to warn him of the assassination conspiracy against Plaintiff Obama.

Plaintiff Reishen intervened in the conspiracy to assassinate Plaintiff Obama and successfully thwarted the assassination conspiracy.

## STATEMENT OF FACTS RELATIVE TO PLAINTIFF REISHEN

Based upon the allegations contained in the Statement of Facts relating to Plaintiff Lindberg, Plaintiff Reishen has suffered tremendous stress and mental suffering.

## STATEMENT OF FACTS RELATIVE TO PLAINTIFF OBAMA

Based upon the allegations contained in the Statement of Facts relating to Plaintiff Lindberg, Plaintiff Obama has suffered fear for his life and tremendous stress, as well as mental suffering.

## STATEMENT OF FACTS RELATIVE TO PLAINTIFF WALTON ENTERPRISES

Defendants engaged in a conspiracy to commit massive theft of cash and goods from the Walmart and Sam's Club store chain throughout the United States to force Walton Enterprises out of business.

Plaintiff Walton Enterprises was further victimized by the named Defendants when the named Defendants conspired to start the war between the Ukraine and Russia. Walton Enterprises sent tons of food, supplies and money to support Ukraine.

## MISCELLANEOUS STATEMENT OF FACTS RELATIVE TO THE NAMED DEFENDANTS

Plaintiff personally possesses the provable FACTS that the named Defendants are guilty of the following:

A.  Murdering millions of people through the use of the Covid-19 Vaccine.

B.  Starting wild fires all across America to kill people. Firemen died and houses burned.

C.  May people handicapped in New York from the polio vaccine.

D.  A cop got acid thrown on him in front of the White House, that was made to look like an accident, but was intentional.

E. Set up terrorist is all 50 States to kill cops.

F. State workers cannot work due to Covid-19 restrictions that shut down the State.

G. Defendants plus three Federal men from Virginia set up terrorist all over the world to murder people, by closing hospitals causing people to die.

H. Defendants went to kill Russian President Putin, but they couldn't find him due to the war in Ukraine, so they killed his daughter.

I. Defendant John Doe is on the payroll of the Federal Government and does everything behind the scenes. Defendants Trump and Bush are a front for Defendant John Doe and after they started the war, John Doe asked the White House to give Eight Hundred Million ($800,000,000.00) dollars to support Ukraine.

J. Either John Doe or someone that John Doe sent to pick up the checks, that were supposed to go to two different offices, so instead of sending the money to Ukraine, John Doe pocketed the money and sent it to North Korea.

K. John Doe on a second occasion, asked for another Three Hundred Million from the White House for the war in Ukraine, John Doe pocketed the money and sent it to North Korea.

6

L. John Doe laundered the Ukraine war money twice. John Doe set up the Ukraine war to get money from the State.

M. John Doe is inside the Military G.I. and so many people get Covid-19, they get sick, they have mental issues and they died. John Doe is doing this on purpose, killing the Military.

N. The State of Hawaii lawyer sent something to the Supreme Court to investigate the Eight Hundred Million ($800,000,000.00) dollars that was supposed to go to Ukraine for the war.

O. The Supreme Court couldn't the fraud, so maybe somebody in the Supreme Court is helping the Defendants, so they need to investigate inside their own Court and get the fake Judge out.

P. Covid-19 caused many people to become homeless, so they have the right to sue the Federal Government.

Q. January 6, 2021, all the people trapped inside the U.S. Capitol have been subjected to stress, causing them sickness and illness, because it's been over a year already, and Trump has been asking for extensions to show up for court.

R. The lady that worked in Congress for 27 years, she was killed, but made to look like an accident. Because leaked out information to

the FBI about the papers that Trump took out from the White House and took to Mar-A-Lago.

S. Start in 1988 & 1989 & 1990, I meet the guy I know he Federal Agent. I ask him 3 or 4 times he gives me different names. I feel something not right. Then I talk to him about heaven and hell.

T. After that he keep walking in my business the owner of my nightclub. I feel that he not looking for love, looking for information.

U. So, after that I know he work for Federal but he works for the State. He asks me he move to Washington, D.C. But he wants me to go with him. But I say no, the weather too cold. But he comes and walks in once and a while.

V. But I don't talk to him. Then he come right in my face. He says if I cannot keep you for myself, no one can have you. But I don't really care. But he scares me.

W. Then he gets mad at me, then he attacks my business, but my business very slow. But I don't talk to him, anyway. Then, he talks to protector in Hawaii, lie about me. Then the protector sends plenty of Federal agents to my house to arrest me and my kid.

8

Handcuff me in the back. No Court order, he just lie about me and he say i owe $400,000.00 dollars only talk but no proof.

X. The prosecutor put me and my kid in jail 8 years for tax. He is lying. He gives fake name; I give him the name John Doe. He Japanese.

Y. When he moves to Washington in 1990 and 1999, he cause to much trouble for the 50 States. All over the world. He and George Bush and Donald Trump, together murder so many kids and anybody he lokes he use Donald Trump and George Bush in the front, and him sit behind military and he hide them.

Z. Three guys, Donald Trump, George Bush and John Doe, the murder so many people all over the world and 50 States, and terrorists belong to John Doe Japanese, he have so many fake name and I.D. He still so much money belong to Wal-Mart, and a lots of money from rich people.

AA. All the money he steals from 50 States and all over the world. He sends to North Korea to clean the money, meaning clean money. If he hears anything he runs to North Korea, and he takes Donald Trump, George Bush.

BB.  Only 3 guys John Doe, Donald Trump and George Bush they make million guy. Terrorist. Send all over the world. John Doe wants to take over 50 States, but he cannot make, but, he keep trying. He think about killing Wal-Mart so he can take over 50 States.

CC.  2012 John Doe wanted to kill me 2014, but he missed it, with the guy in the bushes.

## FISRT CAUSE OF ACTION

Plaintiff incorporates by reference the statements made above.

Defendants violated their OATH OF OFFICE by engaging in a conspiracy to harass and illegally tapping Plaintiff's phone and attempting to kill the Plaintiff.

## SECOND CAUSE OF ACTION

Plaintiff incorporates by reference the statements made above.

Defendants have conspired to assassinate former President Barak Hussein Obama twice, which is a criminal offense.

## THIRD CAUSE OF ACTION

Plaintiff incorporates by reference the statements made above.

Defendants have conspired to create a Covid-19 Vaccine that is designed to kill millions of people.

## FOURTH CAUSE OF ACTION

Plaintiff incorporates by reference the statements made above.

Defendants have conspired to create and instigate a war between Ukraine and Russia for the purpose of stealing the eight hundred million and three hundred million dollars.

## FIFTH CAUSE OF ACTION

Plaintiff incorporates by reference the statements made above.

Defendants have conspired kill millions of people all around the world and in America, which is a criminal offense.

## SIXTH CAUSE OF ACTION

Plaintiff incorporates by reference the statements made above.

Defendants have conspired to sabotage Walton Enterprises for the purpose of making Walmart and Sam's Club go out of business.

11

## RELIEF

Wherefore, Plaintiff prays that this Court will:

1. Order the Defendants to pay Plaintiff Four Hundred Million Dollars ($400,000,000.00).

2. Order the Defendants to pay Plaintiff Barak Hussein Obama Five Hundred Million Dollars ($500,000,000.00).

3. Order the Defendants to pay Plaintiff Walton Enterprises Nine Hundred Million Dollars ($900,000,000.00).

4. Order the Defendants to pay Plaintiff Manny Six Hundred Million Dollars ($600,000,000.00).

5. Order the Defendants to pay Americans affected by the wildfires Fifty Million Dollars ($50,000,000.00).

6. Order the Defendants to pay Americans affected by the Covid-19 vaccine Fifty Million Dollars ($50,000,000.00).

7. Order the Defendants to pay Americans affected by the polio vaccine Forty Million Dollars ($40,000,000.00).

8. Order the Defendants to pay the cop who got acid thrown in his face in front of the White House Hundred Million Dollars ($100,000,000.00).

9. Order the Defendants to pay all the cops that was killed by terrorist Fifty Million Dollars ($50,000,000.00).

10. Order the Defendants to pay all State workers affected by the Covid-19 lockdown Forty Million Dollars ($40,000,000.00).

11. Order the Defendants to pay the people that became homeless due to Covid-19 Fifty Million Dollars ($50,000,000.00).

12. Order the Defendants to pay all the people that were trapped in the Capitol on January 6, 2021, Forty Million Dollars ($40,000,000.00).

13. Order the Defendants to pay the family of the lady who worked in Congress for 27 years and was killed One Hundred Million Dollars ($100,000,000.00). Order the Defendants to pay the people that became homeless due to Covid-19 Fifty Million Dollars ($50,000,000.00).

14. Order the Defendants to pay the families of the G.I.'s who died due to Covid-19 Sixty Million Dollars ($60,000,000.00).

Dated: Honolulu, Hawaii March 8, 2023

/s/Michelle Lindberg
Plaintiff, Pro Se