IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHELLE LINDBERG; WALTON ENTERPRISES; BARAK HUSSEIN OBAMA, former President of the United States; and MANNY REISHEN, <br><br> Plaintiffs, <br><br> vs. <br><br> GEORGE W. BUSH, former President; DONALD J. TRUMP, former President; FEDERAL RESERVE SYSTEM; JOHN DOE, a JAPANESE MAN KNOWN AS THE "GUY BEHIND THE SCENE", <br><br> Defendants. | CV 23-00125 DKW-RT |

<u>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO SERVE AND DILIGENTLY PROSECUTE</u>

Findings and Recommendation having been filed on October 25, 2023 and served on all parties on October 26, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Dismiss Case for Failure to Serve and Diligently Prosecute", ECF No. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: November 15, 2023 at Honolulu, Hawaii.



/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge